AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JOSE DE JESUS LUQUIN ARREOLA (1) aka Pedro Lopez, Valentin Trujillo, Ronco, Papa de Rambo | Case Number:  3:16-CR-01210-BAS |
| | ROBERT CARRIEDO |
| | Defendant's Attorney |

**USM Number**   51153-511

☐ –

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   ONE (1) AND TWO (2) OF THE INDICTMENT

☐ was found guilty on count(s) _____
   after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 18:371; 18:924(d), 981(a)(1)(C), 28:2461(c) - Conspiracy To Make False Statements In Connection With The Acquisition Of Firearms, To Export Defense Articles Without A License, and To Smuggle Goods From The United States; Criminal Forfeiture | 1 |
| 18:554(a); 18:2; 18:924(d), 981(a)(1)(C), 28:2461(c) - Smuggling Goods From The United States; Aiding and Abetting; Criminal Forfeiture | 2 |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is   dismissed on the motion of the United States.

☒ Assessment :  $200.00 ($100 PER COUNT) - IMPOSED

☐ JVTA Assessment*: $ _____

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine   ☐ Forfeiture pursuant to order filed _____, included herein.

   IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

OCTOBER 24, 2025
Date of Imposition of Sentence

*Cynthia Bashant* (signature)

HON. CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | JOSE DE JESUS LUQUIN ARREOLA (1) | Judgment - Page **2** of **2** |
| CASE NUMBER: | 3:16-CR-01210-BAS | |

# **IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
THIRTY-EIGHT (38) MONTHS AS TO COUNT 1 AND FORTY-EIGHT (48) MONTHS AS TO COUNT 2 WITH EACH COUNT TO RUN CONCURRENT FOR A TOTAL OF FORTY-EIGHT (48) MONTHS.

DEFENDANT SHOULD RECEIVE CREDIT FOR 318 DAYS CUSTODY AS OF OCTOBER 24, 2025 FOR TIME SPENT IN FEDERAL CUSTODY AS THE COURT HAS ALREADY ACCOUNTED FOR HIS TIME SPENT IN CUSTODY IN MEXICO IN FORMULATING HIS SENTENCE. HE SHOULD NOT RECEIVE ANY ADDITIONAL CUSTODY CREDITS FOR TIME SPENT IN FOREIGN CUSTODY

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☒ The court makes the following recommendations to the Bureau of Prisons:
- PLACEMENT DESIGNATION TO THE WESTERN REGION OF THE UNITED STATES AS FCI LOMPAC FOR FAMILY VISITS OR FCI TERMINAL ISLAND FOR MEDICAL TREATMENT

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:
  ☐ at _____ A.M.   on _____
  ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ on or before
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

3:16-CR-01210-BAS